# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-2156
Lower Tribunal No. CF21-007042-XX

_____

SIR DANGEROUS LASHAWD LONDON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Jalal A. Harb, Judge.

July 9, 2024

PER CURIAM.

AFFIRMED.

WHITE, MIZE and BROWNLEE, JJ., concur.


Amanda Peterson, of the Law Offices of Peterson, P.A., Mulberry, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED